FILED
SUPERIOR COURT
OF GUAM

2023 NOV 16 PM 5: 24

CLERK OF COURT

BY:

## IN THE SUPERIOR COURT OF GUAM

| | |
|---|---|
| **PEOPLE OF GUAM,** | **Criminal Case No. CF0290-22** |
| | GPD Report No. 21-26305 |
| v. | |
| | **DECISION AND ORDER** |
| **JAMES MICHAEL PAULINO** | **DENYING DEFENDANT'S MOTION** |
| (*aka* **JAMES PAULINO**) | **TO RECONSIDER** |
| (*aka* **JERRY**), | |
| DOB: 02/04/1963 | |
| | |
| Defendant. | |

### INTRODUCTION

This matter came before the Honorable Alberto C. Lamorena, III on September 15, 2023 for hearing on James Michael Paulino's (*aka* James Paulino's) (*aka* Jerry's) ("Defendant's") Motion to Reconsider. Assistant Attorney General Christine Tenorio represents the People, and Attorneys William Brennan and Joaquin Arriola represent Defendant. Having duly considered the parties' briefs, oral arguments, and the applicable law, the Court now issues the following Decision and Order and **DENIES** Defendant's Motion.

### BACKGROUND

Defendant stands indicted on two charges of First Degree Criminal Sexual Conduct (as a 1st Degree Felony). See Indictment (May 17, 2022).

On March 28, 2023, Defendant filed his Motion to Dismiss. Defendant argued the indictment against him is defective for failing to give adequate notice of the charges against him. See Memorandum of Points and Authorities in Support of Motion to Dismiss at 1-5 (Mar. 28, 2023).

The Court subsequently denied Defendant's Motion to Dismiss because it was untimely filed. See Decision and Order (Apr. 7, 2023). The Court made clear that it was no longer accepting motions as the motion deadline had already passed. See Trial Scheduling Order (Mar. 7, 2023) ("All Motions

Decision and Order Denying Defendant's Motion to Reconsider
CF0290-22, *People of Guam v. James Michael Paulino*
Page 1 of 3

Due: None"). Motions were originally due by October 21, 2022, which Defendant had previously moved to extend. See Trial Scheduling Order (Jun. 17, 2022); Motion to Extend Time to File Motions (Oct. 21, 2022).

On April 17, 2023, Defendant filed his Motion to Reconsider. Defendant claimed he gave notice of his Motion to Dismiss in August 2022, and stressed that the motion's importance justifies reconsideration. See Motion to Reconsider (Apr. 17, 2023).

The People oppose Defendant's Motion to Reconsider, claiming that Defendant has offered no material difference in fact or law that might justify reconsideration. See Opposition to Defendant's Motion to Reconsider (Sep. 15, 2023).

The Court held a hearing on September 15, 2023. After hearing the arguments of the parties, the Court took the matter under advisement.

## DISCUSSION

A motion may be renewed only on the grounds of:
    (1) A material difference in fact or law from that presented to the court before such decision that in the exercise of reasonable diligence could not have been known to the party moving for reconsideration at the time of such decision, *or*
    (2) The emergence of new material facts or a change of law occurring after the time of such decision, *or*
    (3) A manifest showing of a failure to consider material facts presented to the Court before such decision.

See Local R. Super. Ct. CR 1.1(d).

Defendant has offered no material difference in fact or law that could not have been known to Defendant while exercising reasonable diligence. Defendant failed to explain why he filed his Motion to Dismiss beyond the filing deadline, and instead rehashed the same arguments already laid out in his Motion to Dismiss. There has been no emergence of new material facts or a change of law that would otherwise excuse Defendant's non-compliance with the motion cutoff deadline.

## CONCLUSION

The Court **DENIES** Defendant's Motion to Reconsider. The Court reaffirms that Defendant's Motion to Dismiss will be denied because it was untimely filed.

**IT IS SO ORDERED** this Nov. 16, 2023 .

Decision and Order Denying Defendant's Motion to Reconsider
CF0290-22, *People of Guam v. James Michael Paulino*
Page 2 of 3



**HONORABLE ALBERTO C. LAMORENA, III**
**Presiding Judge, Superior Court of Guam**

Decision and Order Denying Defendant's Motion to Reconsider
CF0290-22, *People of Guam v. James Michael Paulino*
Page 3 of 3